IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CENTRAL LABORERS' PENSION,** **WELFARE AND ANNUITY FUNDS**, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case Number: 14-115-JPG |
| **CHARLES MASONRY, INC.,** and **RONALD CHARLES**, individually, | ) ) ) ) |
| Defendants. | ) |

## ORDER

Cause comes before the Court on plaintiffs, **Central Laborers' Pension, Welfare and Annuity Funds**, Motion for Voluntary Dismissal Without Prejudice pursuant to Rule 41(a)(2), of the Federal Rules of Civil Procedure, the Court being fully advised in the premises;

**IT IS THEREFORE ORDERED** the aforementioned cause is hereby dismissed without prejudice.

**DATED:** July 15, 2014

*s/ J. Phil Gilbert*
United States District Judge
